**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM BLUE COLGAN,<br><br>Defendant. | **CR 13-114-GF-BMM-01**<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO REVOKE DEFENDANT'S SUPERVISED RELEASE** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 30, 2016. (Doc. 52). Neither party filed objections. When a party makes no objections, the Court need not review de novo the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 28, 2016. (Doc. 60.) Colgan admitted to having violated his conditions of supervised release by using methamphetamine, failing to report for substance abuse testing, and failing to report for substance abuse treatment. (*Id.*) Judge Johnston found the evidence sufficient to establish that Colgan had violated the conditions of his supervised release. (*Id.*)

Judge Johnston recommends this Court revoke Colgan's supervised release and that the Court sentence Colgan to four (4) months imprisonment with no supervised release to follow. (Doc. 64.)

Colgan's criminal history category is I, the current violation is a Grade C, and the underlying offense is a Class C felony. The statutory range is a maximum of 24 months. The statutory and guideline term of supervised release is 29 months, less any custody time imposed.

This Court finds no clear error in Judge Johnston's Findings and Recommendations. Colgan's current violations are serious in nature. A sentence of four (4) months imprisonment with no supervised release to follow is sufficient, but not greater than necessary.

**IT IS HEREBY ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 64) is **ADOPTED IN FULL**. **IT IS FURTHER**

**ORDERED** that Defendant Adam Blue Colgan shall be sentenced to **four (4) months imprisonment with no supervised release to follow**.

DATED this 18th day of April, 2016.

Brian Morris
United States District Court Judge